# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LEODIS RANDLE**                                                                                      **PLAINTIFF**

**VS.**                                            **4:18-CV-00139-BRW**

**BARRY SIMS**                                                                                         **DEFENDANT**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 22nd day of February, 2018.

                                                                      /s/ Billy Roy Wilson _____
                                                                      UNITED STATES DISTRICT JUDGE